UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VERRAGIO, LTD._____Plaintiff,_____vs.__KD CREATIONS JEWELRY INC.,_____Defendant. | CASE NO. 1:19-cv-603__PROOF OF SERVICE OF SUMMONS AND COMPLAINT |

     Plaintiff Verragio, Ltd., through ATG LegalServe Inc., states that it served upon Defendant KD Creations Jewelry Inc., c/o Jesus Atilano, an employee, 5 South Wabash Avenue, #910, Chicago, Illinois 60615 on the 8th day of February, a copy of the Summons in a Civil Case; Complaint for Copyright Infringement and Trademark Infringement; Civil Cover Sheet; Plaintiff's Rule 7.1 Corporate Disclosure Statement and Local Rule 3.2 Notification as to Affiliates; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Notice of Mandatory Initial Discovery; Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project; Mandatory Initial Discovery Pilot Project Checklist; and Notification of Docket Entry, pursuant to the attached Affidavit of Special Process Server.

                                                                    Respectfully submitted,

                                                                    TUCKER ELLIS LLP

                                                                    By: */s/Howard A. Kroll*
                                                                    Howard A. Kroll – CA Bar No. 100981
                                                                    Tucker Ellis LLP
                                                                    515 South Flower Street
                                                                    42nd Floor
                                                                    Los Angeles, CA  90071
                                                                    Telephone:  213-430-3400
                                                                    Facsimile:   213-430-3409

                                                                    *Attorneys for Plaintiff*
                                                                    *Verragio, Ltd.*

1419021.1



*216467*

Law firm ref#:

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**VERRAGIO, LTD.,**
    Plaintiff(s),
vs.

**KD CREATIONS JEWELRY INC.,**
    Defendant(s).

Case No.: 1:19 CV 603



## AFFIDAVIT OF SPECIAL PROCESS SERVER

<u>Michael Mitchell</u>, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL/ENTITY TO BE SERVED: **KD Creations Jewelry Inc.**

I, Served the within named INDIVIDUAL/ENTITY on February 08, 2019 @ 2:35 PM

CORPORATE SERVICE: by leaving a copy of this process with **Jesus Atilano**. (Title): **Employee**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons in a Civil Case; Complaint for Copyright Infringement and Trademark Infringement; Civil Cover Sheet; Plaintiff's Rule 7.1 Corporate Disclosure Statement and Local Rule 3.2 Notification as to Affiliates; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Notice of Mandatory Initial Discovery; Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project; Mandatory Initial Discovery Pilot Project Checklist; Notification of Docket Entry**

ADDRESS WHERE SERVED: **5 South Wabash Avenue, #910, Chicago, IL 60603**

The sex, race and approximate age of the individual with whom the copy of this process was left is as follows:

Sex: **Male** - Race: **Hispanic** - Hair: **Gray** - Approx. Age: **50-55** - Height: **5ft 08in** - Weight: **250 lbs**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of Illinois

County of Cook

This instrument was subscribed and sworn to before me on 2/11/19 (date)
By Michael Mitchell (name/s of person/s)

Signature of Notary Public

Michael Mitchell, Process Server
Dated 2/11/19

OFFICIAL SEAL
ALLISON HAWKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/24/19

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL 60603
312.855.0303